IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald Thomas,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>City of Philadelphia, et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 24-4914 |

### ORDER

**AND NOW**, this 25th day of February 2025, upon consideration of the Motion to Dismiss by the City of Philadelphia and Detectives Tracy Byard and Billy Golphin (ECF No. 10), Thomas's Response in Opposition (ECF No. 11), and the Defendants' Reply in Support (ECF No. 12), it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. Counts IV and V are **DISMISSED** because they seek to bring individual claims for "damages" and "punitive damages."

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.