IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD THOMAS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 24-cv-4914 |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | |

DEFENDANTS' ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, Detective Phillip Nordo, Detective Tracy Byard, Detective Billy Golphin, and the City of Philadelphia (hereinafter "Answering Defendants"), hereby respond to Plaintiff's Complaint (hereinafter "the Complaint") as follows:

## I. PRELIMINARY STATEMENT

1. This paragraph constitutes Plaintiff's statement of the case and, therefore, requires no response. To the extent that a response is required, denied.

2. Admitted.

3. Denied.

4. Admitted.

5. Denied as stated.

6. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

7. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

8. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

## II. JURISDICTION

9. The allegations in this paragraph constitute conclusions of law and, therefore, require no response.

## III. PARTIES

10. The allegations in this paragraph are addressed to a party other than the Answering Defendants and/or constitute conclusions of law and, therefore, require no response.

11. Admitted that the City of Philadelphia is a municipality of the Commonwealth of Pennsylvania. All other allegations are denied as stated.

12. Admitted that Philip Nordo, Tracy Byard, and Billy Golphin were employed by the Philadelphia Police Department on April 22, 2010. All other allegations are denied.

13. Denied.

14. The allegations in this paragraph are addressed to a party other than the Answering Defendants and/or constitute conclusions of law and, therefore, require no response.

15. Denied.

## IV. FACTUAL ALLEGATIONS

### The Murder

16. [Intentionally left blank as Plaintiff's Complaint contains no Paragraph 16.]

17. Admitted.

18. Admitted.

19. Denied.

20. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

21. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

22. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

23. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

24. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

25. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

26. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

27. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

28. Denied.

29. Denied.

30. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

31. Denied.

32. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

38. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

39. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

40. Denied.

**The First Trial**

41. Admitted.

42. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

43. Admitted.

44. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

45. Denied.

46. Denied.

47. Denied.

48. Admitted.

49. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

50. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

51. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

52. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

53. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

**Post-Trial Appeal**

54. Denied as stated.

**Pretrial Motions Before Second Trial**

55. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

56. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

57. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

58. Admitted.

**Proceedings After the Second Trial**

59. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

60. Admitted.

61. To the extent that this paragraph purports to summarize the contents of a writing, the document speaks for itself. All characterizations inconsistent therewith are denied.

62. To the extent that this paragraph purports to summarize the contents of a writing, the document speaks for itself. All characterizations inconsistent therewith are denied.

63. To the extent that this paragraph purports to summarize the contents of a writing, the document speaks for itself. All characterizations inconsistent therewith are denied.

64. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

65. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

66. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

67. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

68. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

69. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

70. To the extent that this paragraph purports to summarize the contents of a writing, the document speaks for itself. All characterizations inconsistent therewith are denied.

71. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

72. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

73. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

74. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

75. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

76. Denied.

77. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

78. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

79. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

80. This paragraph constitutes Plaintiff's statement of the case and, therefore, requires no response. To the extent that a response is required, denied.

81. This paragraph constitutes Plaintiff's statement of the case and, therefore, requires no response. To the extent that a response is required, denied.

82. Denied.

83. This paragraph constitutes Plaintiff's statement of the case and, therefore, requires no response. To the extent that a response is required, denied.

84. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

85. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

86. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

87. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

88. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

89. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

90. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

91. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

92. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

93. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

94. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

95. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

96. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

97. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

98. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

99. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

100. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

101. Denied.

102. Denied as stated.

103. Denied.

104. Denied.

105. Admitted.

106. Admitted.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

**Manipulation of Evidence**

a. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

b. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

**Supplying Information to Witnesses and Witness Coercion**

a. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

b. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

c. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

d. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

e. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

f. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

g. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

h. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

i. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

j. Denied.

**Concealing and/or suppressing exculpatory evidence:**

k. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

l. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

m. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

n. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

o. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. All allegations are therefore denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

a. Denied.

b. Denied.

c. Denied.

d. Denied.

e. Denied.

127. Denied.

a. Denied.

b. Denied.

c. Denied.

d. Denied.

e. Denied.

f. Denied.

g. Denied.

h. Denied.

i. Denied.

j. Denied.

k. Denied.

**CAUSES OF ACTION**
**COUNT I: 42 U.S.C. § 1983 Deprivation of Liberty without Due Process of Laqw and Denial of a Fair Trial Under the Fourteenth Amendment**
***Against All Individual Defendants***

128. Answering Defendants incorporate by reference their responses to the foregoing paragraphs as if set forth herein.

129. Denied.

**Count A – Fabrication:** Denied.

**Count B – Deliberate Deception:** Denied.

130. Denied.

131. Denied.

**COUNT II: 42 U.S.C. § 1983 Civil Rights Conspiracy**
***Against All Individual Defendants***

132. Answering Defendants incorporate by reference their responses to the foregoing paragraphs as if set forth herein.

133. Denied.

134. Denied.

135. Denied.

a. Denied.

b. Denied.

c. Denied.

d. Denied.

e. Denied.

136. Denied.

**COUNT III: U.S.C. § 1983 Municipal Liability Claim**
***Against Defendant City of Philadelphia***

137. Answering Defendants incorporate by reference their responses to the foregoing paragraphs as if set forth herein.

138. Denied.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

**COUNT IV: DAMAGES**
***Against All Defendants***

145. Answering Defendants incorporate by reference their responses to the foregoing paragraphs as if set forth herein.

146. Denied.

**COUNT V: PUNITIVE DAMAGES**
***Against All Individual Defendants***

147. Answering Defendants incorporate by reference their responses to the foregoing paragraphs as if set forth herein.

148. Denied.

**Prayer for Relief**

a. The allegations in this paragraph constitute conclusions of law and/or Plaintiff's statement of the case, therefore, require no response.

b. The allegations in this paragraph constitute conclusions of law and/or Plaintiff's statement of the case, therefore, require no response.

c. The allegations in this paragraph constitute conclusions of law and/or Plaintiff's statement of the case, therefore, require no response.

d. The allegations in this paragraph constitute conclusions of law and/or Plaintiff's statement of the case, therefore, require no response.

e. The allegations in this paragraph constitute conclusions of law and/or Plaintiff's statement of the case, therefore, require no response.

**GENERAL DENIAL**

Answering Defendants deny all other allegations not specifically admitted to herein.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is factually guilty of the murder of Anwar Ashmore.

### THIRD AFFIRMATIVE DEFENSE

Any damages alleged to have been sustained by Plaintiff were caused or contributed to in full or in part by Plaintiff's culpable conduct and/or assumption of the risk, and not by any conduct caused by Answering Defendants, or by an intervening cause.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's alleged injuries, suffering, and/or damages were the result of conditions that were pre-existing, or otherwise unrelated to any conduct on the part of Answering Defendants.

### FIFTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff has failed to mitigate his damages, Plaintiff's claims are diminished or barred.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, insofar as Answering Defendants' purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage.

### EIGTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations

## **JURY DEMAND**

Answering Defendants demand a jury trial in this action.

Date: October 6, 2026

Respectfully submitted,

/s/ *Sophie West*
Sophie West, Esq.
Pa. Attorney ID No. 336943
Deputy City Solicitor
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5433(Phone)
215-683-5397 (Fax)
sophie.west@phila.gov
*Attorney for the City Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD THOMAS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 24-cv-4914 |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

On October 6, 2026, I caused this Answer to be filed via the Clerk's electronic filing system and is available for downloading to all counsel of record.

Date: October 6, 2026

Respectfully submitted,

Sophie West

Sophie West
PA Bar Roll No. 336943
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5433 (phone)
215-683-5397 (fax)
sophie.west@phila.gov
*Counsel for Defendants City of Philadelphia, Det. Tracy Byard, and Det. William Golphin*